**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

BET
F. #2025R00182

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 22, 2026

By E-mail

The Honorable James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Francisco Gomez
Criminal Docket No. 26-8 (PKC)

Dear Judge Cho:

The government respectfully moves for an order unsealing the above-captioned matter in its entirety.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Brooke Theodora
Assistant U.S. Attorney
(718) 254-6342

Enclosure

cc: Clerk of Court (by e-mail)
Karume James, Esq. (by e-mail)