# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE **James R. Cho** DATE: **1/22/26**

DOCKET NUMBER: **26CR8(PKC)** LOG#: 2:37 - 2:48

DEFENDANT'S NAME: **Francisco Gomez**
✓ Present ___ Not Present ✓ Custody ___ Bail

DEFENSE COUNSEL: **Karume James**
✓ Federal Defender ___ CJA ___ Retained

A.U.S.A: **Brooke Theodora** CLERK: **Felix Chin**

INTERPRETER: (Language)

Defendant arraigned on the: ✓ indictment ___ superseding indictment ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held. ✓ Defendant's first appearance.

✓ Bond set at $150,000. Defendant ✓ released ___ held pending satisfaction of bond conditions.

✓ Defendant advised of bond conditions set by the Court and signed the bond.

1 Surety (ies) sworn, advised of bond obligations by the Court and signed the bond.

___ (Additional) surety/ies to co-sign bond by ___

___ After hearing, Court orders detention in custody. ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for ___

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start 1/22/26 Stop 2/5/26

✓ Rule 5f warnings given to the govt. ___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

✓ Status conference set for 2/5/26 @ 2:00 before Judge Chen

Other Rulings: