Federal Defenders
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200 Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director and*
*Attorney-in-Chief*

Michelle A. Gelernt
*Attorney-in-Charge*

September 15, 2026

By ECF and Email
The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Re: United States v. Francisco Gomez*, 26-cr-8 (PKC)

Your Honor:

A status conference is currently scheduled for September 17, 2026. At this time, defense requests an adjournment for a period of 14 days, to a date and time most convenient for the Court, for the parties to continue engaging in plea negotiations, which the parties believe will result in a disposition short of trial. The government has no objection to this request. The parties further consent to an exclusion of time in the interests of justice.

Respectfully submitted,

/s Karume James
Karume James
Attorney for Francisco Gomez
Assistant Federal Defender
Federal Defenders of New York
(347) 638-3098
karume_james@fd.org

cc: AUSA Brooke Theodora (by ECF and email)
Chambers of the Hon. Pamela K. Chen (by email)